KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for ALLA SAMCHUK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>       v.<br><br>ALLA SAMCHUK<br><br>           Defendant.<br>_____ | ) No. 2:12-CR-0066 GEB<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER TO CONTINUE STATUS<br>) CONFERENCE<br>)<br>)<br>) Date: 8-3-12<br>) Time: 9:00 a.m.<br>) Judge: Hon. Garland E. Burrell |

It is hereby stipulated between the parties, Michael Anderson, Assistant United States Attorney, Kelly Babineau, attorney for defendant Alla Samchuk, that the status conference date of July 12, 2012, should be continued until August 3, 2012.  The continuance is necessary to complete the review of discovery, and defense investigation. All counsel are continuing to engage in negotiations with the government.

IT IS STIPULATED that the period of time from the signing of this Order up to and including the new status conference date of August 3, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, for ongoing preparation of counsel.

-1-

| | |
|---|---|
| Dated:  July 12, 2012 | Respectfully submitted, |
| | /s/ Kelly Babineau |
| | KELLY BABINEAU |
| | Attorney for Alla Samchuk |
| | |
| Dated: July 12, 2012 | /s/ Michael Anderson |
| | Kelly Babineau for: |
| | MICHAEL ANDERSON |
| | Assistant U.S. Attorney |

1  KELLY BABINEAU  (CA State Bar #190418)
2  The Law Office of Kelly Babineau
   901 H Street, Suite 203
3  Sacramento, CA 95814
   Tel:(916) 442-4948
4  Fax: (916) 492-2909
5  kbabineau@klblawoffice.net

6  Attorney for ALLA SAMCHUK

7

8

9           IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11 THE UNITED STATES OF AMERICA,  ) No. 2:12-CR-0066 GEB
                  Plaintiff,      )
12                                ) [PROPOSED] ORDER
       v.                         )
13                                )
                                  )
14 ALLA SAMCHUK                   )
15                                ) Date: 8-3-12
              Defendant.          ) Time: 9:00 a.m.
16 _____) Judge: Hon. Garland E. Burrell
17

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that

19 the status conference presently set for July 12, 2012, at 9:00 a.m. be continued to August 3,

20 2012, at 9:00 a.m.  Based on the representations of counsel and good cause appearing

21

22 therefrom, the Court hereby finds that the failure to grant a continuance in this case would

23 deny defense counsel reasonable time necessary for effective preparation, taking into

24 account due diligence.  The continuance outweighs the best interests of the public and the

25

26 defendants to a speedy trial.  It is ordered that time from this date to August 3, 2012, shall be

27 excluded from computation of the time within which the trial of this matter must be

28

-3-

commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) and Local Code T4, to allow counsel time to prepare.

**Date: 7/13/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge