**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:    (916) 395-4422
Fax:      (916) 395-4423
Email:    greglaw@jps.net

Attorney for Alla Samchuk

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ALLA SAMCHUK,<br><br>　　　　　　　　　　Defendant(s). | Case No.:    2:12-CR-00066-TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE; FINDING OF EXCLUDABLE TIME**<br>DATE: December 5, 2013<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

**STIPULATION**

　　　　Plaintiff, United States of America, through Assistant U.S. Attorney Michael Anderson; and defendant Alla Samchuk, through her counsel Gregory W. Foster, hereby stipulate and agree as follows:

　　　　1.　　By previous order, this matter was set for status on December 5, 2013.

　　　　2.　　By this stipulation, defendant now moves to continue the status conference until February 27, 2014, at 9:30 a.m., and to exclude time between December 5, 2013, and February 27, 2014, under Local Code T4.

　　　　3.　　The parties agree and stipulate, and request that the Court find the following:

　　　　　　a)　　The government has represented that the discovery associated with this case includes approximately 2780 pages of discovery along with a number of recordings in Russian.  All of this discovery has been either produced directly to counsel and/or made

1

available for inspection and copying.

      b)     Counsel for defendant desires additional time.  Defense counsel was just appointed by the court replacing prior counsel and defense counsel needs additional time to finalize review of the discovery, consult with the client, to discuss potential resolution with client and the government and, if necessary, to begin trial preparations

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 5, 2013 to February 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

5. Finally, Gregory W. Foster has been authorized by all counsel to sign this stipulation on their behalf.

2

**IT IS SO STIPULATED.**

DATED:   December 2, 2013                          BENJAMIN B. WAGNER
                                                   United States Attorney

                                                    /s/ Michael Anderson
                                                   MICHAEL ANDERSON
                                                   Assistant United States Attorney
                                                   Attorney for Plaintiff United States

DATED:   December 2, 2013

                                                    /s/ Gregory W. Foster
                                                   GREGORY W. FOSTER
                                                   Attorney for Defendant Alla Samchuk

## ORDER

  IT IS SO ORDERED.

Dated: December 3, 2013

                                                   _____
                                                   Troy L. Nunley
                                                   United States District Judge

Stipulation and Order Continuing Status
*U.S. v. Samchuk*