**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
Attorney at Law – SBN 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
ALLA SAMCHUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00066 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE TRIAL CONFIRMATION |
| | ) | HEARING AND JURY TRIAL |
| | ) | |
| ALLA SAMCHUK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

   Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Audrey Hemesath, and defendant, Alla Samchuk, by and through her counsel, John R. Duree, Jr., agree and stipulate to vacate the dates currently set for trial confirmation hearing, October 23, 2014 at 9:30 a.m., and jury trial, December 1, 2014 at 9:00 a.m., in the above-captioned matter, and to continue the trial and set new dates as follows: trial confirmation hearing, August 13, 2015 at 9:30 a.m., and jury trial, September 14, 2015 at 9:00 a.m. in the courtroom of the Honorable Troy

STIPULATION AND ORDER - 1

L. Nunley. In addition, the parties wish to set a status conference for February 19, 2015 at 9:30 a.m.

The reason for this request is that additional time is needed by the defense to prepare for trial. Mr. Duree was retained in this matter in July, 2014. This case involves voluminous discovery consisting of six recordings in Russian, which have been translated into transcripts numbering approximately 170 pages, and approximately 2780 pages of discovery which includes numerous bank records, mortgage loan documents and witness interviews. Further, as detailed below, the parties stipulate this is a complex case due to the necessity of investigation into the post-transaction history of the residences and the consultation with and use of experts in the mortgage industry.

The parties further agree and stipulate that the time period from the filing of this stipulation until September 14, 2015 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel, to allow reasonable time necessary for effective defense preparation, and because this case is complex due to the nature of the prosecution and the existence of novel questions of fact and law within the meaning of § 3161(h)(7)(B)(ii). It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: October 3, 2014                          BENJAMIN WAGNER
                                                United States Attorney

                                          By:   /s/ Audrey Hemesath

```
                                    Audrey Hemesath
                                    Assistant United States Attorney

Dated: October 3, 2014              /s/ John R. Duree, Jr.
                                    JOHN R. DUREE, JR.
                                    Attorney for Defendant
                                    ALLA SAMCHUK
```

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the trial conformation date of October 23, 2014 at 9:30 a.m. and the jury trial date of December 1, 2014 at 9:00 a.m. are VACATED and the above-captioned matter is set for trial confirming conference on August 13, 2015 at 9:30 a.m. and jury trial on September 14, 2015 at 9:00 a.m. A status conference date of February 19, 2015 at 9:30 a.m. is also set. The Court finds excludable time in this matter through September 14, 2015 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel, to allow reasonable time necessary for effective defense preparation, and because this case is complex due to the nature of the prosecution and the existence of novel questions of fact and law within the meaning of § 3161(h)(7)(B)(ii). For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: October 6, 2014

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER - 3