**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
Attorney at Law – SBN 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
ALLA SAMCHUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00066 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| | ) | |
| ALLA SAMCHUK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Audrey Hemesath, and defendant, Alla Samchuk, by and through her counsel, John R. Duree, Jr., agree and stipulate to vacate the date currently set for status conference, February 19, 2015 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to April 16, 2015 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.  The parties do not wish to change the dates currently set for trial confirmation hearing and jury trial.

STIPULATION AND ORDER - 1

1  The reason for this request is that additional time is needed by the
2  defense to complete investigation and to prepare for trial.  Mr. Duree was
3  retained in this matter in July, 2014.  While he has begun investigation, the
4  investigator has encountered difficulty locating the witnesses due to the age
5  of the transactions involved in this case.  Further, as detailed in the last
6  stipulation to continue the trial confirmation hearing and jury trial, this
7  case involves voluminous discovery and the parties have stipulated this case
8  is complex.

9  The court has previously ordered that time be excluded in this matter
10 under the Speedy Trial Act through the currently-set jury trial date of
11 September 14, 2015.

12 Accordingly, the parties respectfully request the Court adopt this
13 proposed stipulation.

14 IT IS SO STIPULATED

16 Dated: February 13, 2015                     BENJAMIN WAGNER
                                                United States Attorney

17                                         By:   /s/ Audrey Hemesath
                                                 Audrey Hemesath
18                                               Assistant United States Attorney

20 Dated: February 13, 2015                      /s/ John R. Duree, Jr.
                                                 JOHN R. DUREE, JR.
                                                 Attorney for Defendant
21                                               ALLA SAMCHUK

22 / /

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of February 19, 2015 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on April 16, 2015 at 9:30 a.m.

IT IS SO ORDERED.

Dated: February 17, 2015

_____
Troy L. Nunley
United States District Judge