**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
Attorney at Law – SBN 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorney for Defendant
ALLA SAMCHUK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-CR-00066 TLN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO CONTINUE STATUS CONFERENCE |
| | ) | |
| | ) | |
| ALLA SAMCHUK, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Audrey Hemesath, and defendant, Alla Samchuk, by and through her counsel, John R. Duree, Jr., agree and stipulate to vacate the date currently set for status conference, April 16, 2015 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to May 7, 2015 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.  The parties do not wish to change the dates currently set for trial confirmation hearing and jury trial.

STIPULATION AND ORDER - 1

The reason for this request is that additional time is needed for the defense to consider a new offer made by the government to resolve the case, for further plea negotiations, and for trial preparation.

The court has previously ordered that time be excluded in this matter under the Speedy Trial Act through the currently-set jury trial date of September 14, 2015.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: April 13, 2015                    BENJAMIN WAGNER
                                         United States Attorney

                                By:   /s/ Audrey Hemesath
                                      Audrey Hemesath
                                      Assistant United States Attorney

Dated: April 13, 2015                    /s/ John R. Duree, Jr.
                                         JOHN R. DUREE, JR.
                                         Attorney for Defendant
                                         ALLA SAMCHUK

ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of April 16, 2015 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on May 7, 2015 at 9:30 a.m.

IT IS SO ORDERED.

Dated: April 13, 2015

Troy L. Nunley
United States District Judge