BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-66 TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| ALLA SAMCHUK, | |
| Defendant. | |

Plaintiff and defendant, by their attorneys, stipulate and request that this Court continue the status conference in this case to May 28, 2015 at 9:30 a.m.  Time has already been excluded by previous order through the trial date of September 14, 2015.  ECF No. 63.  Defense counsel has indicated that the defense is conducting additional investigation and considering a negotiated resolution.  Accordingly, the exclusion of time remains appropriate.

Dated: May 5, 2015                     Respectfully submitted,

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant U.S. Attorney

1

DATED: May 5, 2015

Respectfully submitted,
/s/ John R. Duree, Jr.
JOHN R. DUREE, JR.
Attorney for the Defendant

ORDER

It is so ordered.

DATED: May 5, 2015

Troy L. Nunley
United States District Judge

2