**JOHN R. DUREE, JR. INC.**
**A Professional Corporation**
State Bar No. 65684
428 J Street, Suite 352
Sacramento, CA 95814
Tel: (916) 441-0562
Fax: (916) 447-2988
E-mail: jrduree@gmail.com

Attorney for Defendant
ALLA SAMCHUK

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:12-CR-00066-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO CONTINUE STATUS** |
| v. | ) | **CONFERENCE** |
| | ) | |
| ALLA SAMCHUK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff and defendant, by their attorneys, stipulate and request that this Court continue

the status conference in this case to June 11, 2015 at 9:30 a.m. Time has already been excluded by

previous order through the trial date of September 14, 2015. ECF No. 63. Defense counsel

requires additional time to review the plea agreement that has been provided by the government.

It is expected that there will be a change of plea on June 11, 2015. Accordingly, the exclusion of

time remains appropriate.

DATED: May 26, 2015                          Respectfully Submitted,

                                             /s/ John R. Duree, Jr.
                                             John R. Duree, Jr.
                                             Attorney for Defendant
                                             ALLA SAMCHUK

DATED: May 26, 2015                          /s/ Audrey B. Hemesath
                                             Audrey B. Hemesath
                                             Assistant U.S. Attorney

1

1

**ORDER**

2

IT IS SO ORDERD.

3

DATED: May 26, 2015

4

5

_____
Troy L. Nunley
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2