BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 2:12-cr-66 TLN |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER TO** |
| v. | ) | **CONTINUE STATUS CONFERENCE** |
| | ) | |
| ALLA SAMCHUK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff and defendant, by their attorneys, stipulate and request that this Court continue the status conference in this case to July 16, 2015 at 9:30 a.m.  Time has already been excluded by previous order through the trial date of September 14, 2015.  ECF No. 63.  Newly-retained defense counsel requires additional time to obtain the case file and review discovery. Accordingly, the exclusion of time remains appropriate.

Dated: June 23, 2015                           Respectfully submitted,

                                                /s/ Audrey B. Hemesath
                                                AUDREY B. HEMESATH
                                                Assistant U.S. Attorney

1

DATED: June 23, 2015

Respectfully submitted,

/s/ Kenny Norman Giffard
KENNY NORMAN GIFFARD
Attorney for the Defendant

ORDER

IT IS SO ORDERED.

DATED: June 23, 2015

Troy L. Nunley
United States District Judge