BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-66 TLN |
| Plaintiff, | |
| v. | **Stipulation and Order Vacating Trial Confirmation Hearing, Vacating Trial Date, Excluding Time** |
| ALLA SAMCHUK, | |
| Defendant. | |

Plaintiff and defendant, by their attorneys, stipulate and request that this Court vacate the Trial Confirmation Hearing currently set for August 13, 2015. The United States withdraws its opposition to Plaintiff's request to continue the trial, in light of the representation made by defense counsel in the accompanying declaration. Defense counsel represents that he will be unable to prepare for the trial date of September 14, 2015, as his responsibilities in other cases preclude him from preparing adequately for this trial if the trial were to commence on September 14, 2015.

Defense counsel is relatively new to the case and requires additional time to prepare for trial. Time is currently excluded through September 14, 2015. ECF No. 63. The parties now

1

stipulate to an exclusion of time through May 9, 2016, the alternate trial date previously identified by the Court.

This case involves discovery consisting of six recordings in Russian, which have been translated into transcripts numbering approximately 170 pages, and approximately 2780 pages of discovery which includes numerous bank records, mortgage loan documents and witness interviews.  Defense counsel must investigate the various witnesses, identify any other potential witnesses, and examine the post-transaction history of the properties.  The parties therefore stipulate that time for the commencement of trial under the Speedy Trial Act be excluded based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel, to allow reasonable time necessary for effective defense preparation, and because this case is complex due to the nature of the prosecution and the existence of novel questions of fact and law within the meaning of § 3161(h)(7)(B)(ii).  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Dated: August 5, 2015             Respectfully submitted,

                                  /s/ Audrey B. Hemesath
                                  AUDREY B. HEMESATH
                                  Assistant U.S. Attorney


DATED: August 5, 2015             Respectfully submitted,
                                  /s/ Kenny Norman Giffard
                                  KENNY NORMAN GIFFARD
                                  Attorney for the Defendant

## ORDER

The trial confirmation hearing is continued to April 7, 2016. Trial is scheduled to commence May 9, 2016. For the reasons set forth in the accompanying stipulation and declaration of counsel, the trial conformation date of August 13, 2015 at 9:30 a.m. and the jury trial date of September 14, 2015 at 9:00 a.m. are VACATED and the above-captioned matter is set for trial confirmation hearing at 9:30 a.m. on April 7, 2016 and jury trial on May 9, 2016 at 9:00 a.m. A status conference date of January 7, 2016 at 9:30 a.m. is also set. The Court finds excludable time in this matter through May 9, 2016 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel, to allow reasonable time necessary for effective defense preparation, and because this case is complex due to the nature of the prosecution and the existence of novel questions of fact and law within the meaning of § 3161(h)(7)(B)(ii). For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

DATED: August 6, 2015

_____
Troy L. Nunley
United States District Judge

DECLARATION

I, Kenny Norman Giffard, do declare as follows:

1. I am counsel of record in the matter of *United States v. Samchuk*, 2:12-cr-66 TLN.  I substituted in as counsel in the case on June 22, 2015.
2. I am also counsel in the following other matters, which make it impossible for me to adequately prepare for the current trial date of September 14, 2015:

- *Matter of Vishnevsky:* United States Immigration Court, Imperial, California, Docket No. A071-093-734, Respondent's brief on "particularly serious crime" as bar to withholding of removal is due on August 21, 2015, with a merits hearing set for October 8, 2015.
- *Yakimenko v. Lynch:*  United States Court of Appeals for the Ninth Circuit Docket No. 15-70639, Petitioner's Opening Brief in an appeal from the Board of Immigration Appeals decision is due on August 26, 2015.
- *In re Jaden X:* Sacramento County Superior Court, sitting as the Juvenile Court, Docket No. 231169, continued jurisdiction trial on August 17 and 18, 2015.  Trial in juvenile dependency case started on June 4, 2015 in Department 133.
- *People v. Steele:*  Sacramento County Superior Court Docket No. 13F01818, trial on drug sales, weapons possession, and child endangerment case to commence August 25, 2015.  This matter was originally set for trial to commence August 19, 2014.
- *People v. Boklach:*  Sacramento County Superior Court Docket No. 15M00897, trial on driving under the influence charge with a prior to commence on August 27, 2015.  Trial was originally set to commence on July 1, 2015.
- *People v. Farhat, et al.:*  Sacramento County Superior Court Docket No. 14F07793, trial on human trafficking and unlawful sex counts is set to commence on September 2, 2015.
- *People v. Nguyen, et al.:*  Yolo County Superior Court Docket No. CRF-2013-

4

3232-2, trial set to commence on September 8, 2015. Trial on drug sales case was originally set to start in February 2014 but had been continued at least six times due to conflicts with counsels' other trials and unavailability of prosecution witnesses.

3. I have not yet had adequate time to review the discovery in this case, nor adequately prepare for trial. This case involves voluminous discovery consisting of six recordings in Russian, which have been translated into transcripts numbering approximately 170 pages, and approximately 2780 pages of discovery which includes numerous bank records, mortgage loan documents and witness interviews. This is a complex case due to the necessity of investigation into the post-transaction history of the residences and the consultation with and use of experts in the mortgage industry.

4. Accordingly, I request a continuance until May 9, 2016, to prepare for trial in this matter.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: August 5, 2015                    /s/ Kenny Norman Giffard
                                         KENNY NORMAN GIFFARD
                                         Counsel for the Defendant