BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 2:12-cr-66 TLN |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | |
| ALLA SAMCHUK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff and defendant, by their attorneys, stipulate and request that this Court continue the status conference currently set for January 7, 2016 to February 18, 2016. Time remains excluded through the trial date of May 9, 2016.

Dated: January 4, 2016                     Respectfully submitted,

                                           /s/ Audrey B. Hemesath
                                           AUDREY B. HEMESATH
                                           Assistant U.S. Attorney


DATED: January 4, 2016                     Respectfully submitted,
                                           /s/ Kenny Norman Giffard
                                           KENNY NORMAN GIFFARD
                                           Attorney for the Defendant

1

ORDER

The status conference is continued to February 18, 2016, at 9:30 a.m.

DATED: January 4, 2016

_____
Troy L. Nunley
United States District Judge