BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No.: 2:12-cr-66 GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION REGARDING STATUS |
| v. | ) | CONFERENCE; EXCLUDABLE TIME PERIODS |
| | ) | UNDER SPEEDY TRIAL ACT; [PROPOSED] |
| ALLA SAMCHUK, | ) | FINDINGS AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff and defendant, by their attorneys, stipulate and request that the status conference currently scheduled for March 4, 2016, be taken off calendar. The next scheduled court appearance is the trial confirmation hearing on April 8, 2016. Time has already been excluded by previous order through the date of May 9, 2016, the trial date when the case was assigned to Judge Nunley. ECF No. 80. The Magistrate Judge ordered the same time exclusion when the parties appeared at the arraignment on the Superseding Indictment on February 3, 2016. ECF No. 92. The parties continue to stipulate to the exclusion of time through the new trial date, May 10, 2016, based on defense counsel's representation that he needs additional time to continue to review the new charges in the superseding indictment, review discovery that has recently been produced, and prepare for trial. Therefore, the Court should find time through May 10, 2016,

excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].  There being no matters to be discussed at the status conference, the parties request that the matter be taken off the Court's calendar.

Dated: March 1, 2016                    Respectfully submitted,

                                        /s/ Audrey B. Hemesath
                                        AUDREY B. HEMESATH
                                        Assistant U.S. Attorney

DATED: March 1, 2016                    Respectfully submitted,
                                        /s/ Kenny Giffard
                                        KENNY GIFFARD
                                        Attorney for the Defendant

                            ORDER

It is so ordered.

Dated:  March 3, 2016

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        Senior United States District Judge

2