UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLA SAMCHUK,<br><br>　　　　Defendant. | No. 2:12-CR-66-GEB<br><br>**ORDER TO SEAL GOVERNMENT'S REQUEST TO SEAL AND EX PARTE MOTION DISCLOSING POTENTIAL *GIGLIO* INFORMATION** |

　　　　On March 9, 2016, the government filed a Notice of Request to Seal Documents. (Pl.'s Req. to Seal Docs. 1:16-3:09.) On the same date, the government emailed chambers the following documents it requests be filed under seal: (1) a Request to Seal, and (2) an Ex Parte Motion, which discloses potential Giglio information and includes a "[Proposed] Order" (brackets in original).

　　　　The undersigned judge conducted an in camera evaluation of the information to determine whether the information's disclosure is required in light representations contained in the government's request to seal. See United States v. Cadet, 727 F.2d 1453, 1467-68 (9th Cir. 1984) ("If the prosecution is uncertain about the materiality of information within its possession, it may submit the information to the trial court for an in camera inspection and evaluation."). The information the government has provided evinces that the referenced information

1

need not be disclosed, and the witness's compelling interest in being protected from the potential improper, scandalous, or libelous use of the information outweighs any public right of access to this information. Therefore, the government's motion is granted.

The Clerk of Court shall file above two documents under seal and the "Docket Text" for this sealing shall state, "Sealed event: Government's 'Request to Seal' and 'Ex Parte Motion disclosing potential *Giglio* information'."

Dated: April 7, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2