PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-66 GEB |
| Plaintiff, | |
| v. | STIPULATION REGARDING TRIAL DATE; EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| ALLA SAMCHUK, | |
| Defendant. | |

Plaintiff and defendant, by their attorneys, stipulate and request that the trial date, currently set for May 10, 2016, be continued to July 26, 2016. The parties further stipulate that the motions in limine hearing date be continued from May 6, 2016 to May 27, 2016.

The reasons for this continuance are as follows:

a) The government filed a motion to take the deposition of witness Petro Telenko pursuant to Fed.R.Crim.P. 15(c)(3)(B) on April 28, 2016, and the Magistrate Judge granted the motion on May 3, 2016. ECF No. 124.

b) Counsel for defendant and counsel for the government both desire additional time to prepare for the deposition, and to prepare for trial once the deposition is completed.

c) Additionally, while the Magistrate Judge has granted the motion to take the deposition of essential witness Petro Telenko, the government of Ukraine has not yet approved the request for assistance under the Mutual Legal Assistance Treaty. Accordingly, Telenko is an unavailable witness under 18 U.S.C. § 3161(h)(3)(B) (witness whose whereabouts are known but his presence for trial cannot be obtained by due diligence). Time is appropriated excluded under 18 U.S.C. § 3161(h)(3)(A).

d) Additionally, the government has filed pretrial motions in limine (ECF Nos. 105, 106, 107) which remain pending. Time is appropriately excluded under 18 U.S.C. § 3161(h)(1)(D) through disposition of those motions.

e) Additionally, the government has provided approximately 500 pages in additional discovery in the past month. Counsel for defendant desires additional time to review this discovery and consult with his client. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

f) Finally, continuance until July 26, 2016 is requested to accommodate the trial schedule of both defense counsel and government counsel.

g) No party objects to the continuance.

h) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

i) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 10, 2016, to July 26, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the request of both parties on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 3, 2016                    Respectfully submitted,

/s/ Audrey B. Hemesath
AUDREY B. HEMESATH
ANDRÉ M. ESPINOSA
Assistant U.S. Attorneys

DATED: May 3, 2016                    Respectfully submitted,
/s/ Kenny Giffard
KENNY GIFFARD
Attorney for the Defendant

ORDER

It is so ordered.

Dated:  May 9, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3