UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ALLA SAMCHUK,<br><br>        Defendant. | No. 2:12-CR-66-GEB<br><br>**RESPONSE TO GOVERNMENT'S MIL Nos. 105, 106, and 133** |

      The government filed two motions *in limine* that appear to have been resolved by the parties' stipulations. (<u>Compare</u> Gov't's Motion in Limine ("MIL") to Admit Transcripts, ECF No. 105, <u>with</u> Parties' Stipulation to Translation, ECF No. 125; <u>compare</u> Gov't's MIL to Admit Testimony, ECF No. 133, <u>with</u> Parties' Stipulation Regarding Foreign Dep., ECF No. 136.) Therefore, the government has not shown that the referenced motions should be addressed by the court.

      The government also moves *in limine* to "preclud[e] Defendant from introducing any evidence that has not been produced pursuant to Rule 16 of the Federal Rules of Criminal Procedure, including the testimony of any experts to be called by Defendant." (Gov't's MIL on Rule 16 1:17-20, ECF No. 106.)

/ / /

/ / /

/ / /

1

However, the government has not shown that an actual controversy exists concerning what is referenced in this motion; therefore an *in limine* ruling has not been shown to be justified.

Dated: June 15, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge