PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
ANDRÉ M. ESPINOSA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLA SAMCHUK,<br><br>　　　　Defendant. | CASE NO. 2:12-CR-66 GEB<br><br>**ORDER** |

　　　NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Taras Vavrynyuk give testimony or provide other information which he refuses to give or to provide information with respect to his knowledge concerning the purchase of homes and loan applications submitted to lending institutions in connection with the charged fraud scheme in the above-referenced case, in this case on the basis of his privilege against self-incrimination as to all matters about which he may be asked to testify in this trial.

　　　IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or other information, shall be used against Taras Vavrynyuk in any criminal case, except that Taras Vavrynyuk shall not be exempted by this order from prosecution for perjury, giving a false statement pursuant to this order, or otherwise failing to comply with this order, and that immunity granted herein is co-extensive with 18 U.S.C. § 6002.

Order re: Immunity and Requiring Testimony　　　　　　1

IT IS SO ORDERED.

DATED: July 28, 2016

HON. GARLAND E. BURRELL, JR.
Senior United States District Judge

**EXHIBIT A**



**U.S. Department of Justice**

Criminal Division

---

*Assistant Attorney General*           *Washington, D.C. 20530*

**APR 1 2 2016**

The Honorable Benjamin B. Wagner
United States Attorney
Eastern District of California
Office of the United States Attorney
Robert T. Matsui United States Courthouse
501 I Street, Suite 10-100
Sacramento, California 95814

Attention:    Audrey Hemesath
                Assistant United States Attorney

       Re:    *United States v. Alla Samchuk*

Dear Mr. Wagner:

      Pursuant to the authority vested in me by 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the Eastern District of California for an order, pursuant to 18 U.S.C. §§ 6002-6003, requiring Taras Vavrynyuk to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto, provided that the witness refuses to testify or provide information on the basis of the privilege against self-incrimination.

                                Sincerely,

                                  Leslie R. Caldwell
                                  Assistant Attorney General

                                  PAUL M O'BRIEN
                                  DEPUTY ASSISTANT ATTORNEY GENERAL
                                  CRIMINAL DIVISION