UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-CR-00066-GEB |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S REQUEST NOT TO BE DETAINED PENDING SENTENCE** |
| ALLA SAMCHUK, | |
| Defendant. | |

Defendant Alla Samchuk moves for reconsideration of the order detaining her on August 2, 2016. The order issued following a jury's return of guilty verdicts.

After the verdicts, the United States moved under 18 U.S.C. § 3143(a)(1) for remand. The motion was granted because defendant failed to satisfy her burden of demonstrating by clear and convincing evidence, as required by the statute, that she is not a flight risk or danger to the community.

Defendant has not shown under the applicable standard that she is not a flight risk. In light of her convictions and the nature of the fraudulent activities involved in the convictions, the record indicates that Defendant has skills that could enable her to assume another identity and flee the jurisdiction of this court.

/ / /
/ / /

Therefore, this portion of the motion is denied, and the remaining portion of the motion need not be decided.

Dated: August 19, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge