THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALLA SAMCHUK,<br>Defendant. | Case No.: 2:12-cr-00066-GEB<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND AMENDED PSR SCHEDULE<br><br>Date: December 9, 2016<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 4, 2016, at 9:00 a.m. is continued to December 9, 2016, at 9:00 a.m. in the same courtroom.  Defendant needs additional time to prepare for sentencing.  Audrey Hemesath, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The new PSR schedule is as follows:

| | |
|---|---|
| Judgment and Sentencing date: | December 9, 2016 |
| Reply or Statement | December 2, 2016 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 23, 2016 |

1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 18, 2016 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 10, 2016 |

**IT IS SO STIPULATED.**

DATED: October 17, 2016			By:	/s/ Thomas A. Johnson
						THOMAS A. JOHNSON
						Attorney for Alla Samchuk

DATED: October 17, 2016				PHILLIP A. TALBERT
						Acting United States Attorney

						By:	/s/ Thomas A. Johnson for
						AUDREY HEMESATH
						Assistant United States Attorney

**IT IS SO ORDERED.**

**Dated:  October 18, 2016**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2