THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Johnson, Greene & Roberts LLP
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ALLA SAMCHUK,<br>  Defendant. | Case No.: 2:12-cr-00066-GEB<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND AMENDED PSR SCHEDULE<br><br>Date: January 27, 2017<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for December 9, 2016, at 9:00 a.m. is continued to at January 27, 2017, 9:00 a.m. in the same courtroom.   Defendant needs additional time to prepare for sentencing.  Audrey Hemesath, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The new PSR schedule is as follows:

| | |
|---|---|
| Judgment and Sentencing date: | January 27, 2017 |
| Reply or Statement | January 20, 2017 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 13, 2017 |

1

| | |
|---|---|
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 7, 2017 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 23, 2017 |

**IT IS SO STIPULATED.**

DATED: November 14, 2016                    By:    /s/ Thomas A. Johnson
                                                                  THOMAS A. JOHNSON
                                                                  Attorney for Alla Samchuk

DATED: November 14, 2016                           PHILLIP A. TALBERT
                                                                  Acting United States Attorney

                                                            By:    /s/ Thomas A. Johnson for
                                                                  AUDREY HEMESATH
                                                                  Assistant United States Attorney

**IT IS SO ORDERED.**

**Dated:  November 15, 2016**

GARLAND E. BURRELL, JR.
Senior United States District Judge

2