THOMAS A. JOHNSON, #119203
KRISTY M. KELLOGG, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 442-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ALLA SAMCHUK,<br>　　　　Defendant. | Case No.: 2:12-cr-00066-GEB<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING AND AMENDED PSR SCHEDULE<br><br>Date: February 17, 2017<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing and Forfeiture Hearing scheduled for January 27, 2017, is continued to February 17, 2017, at 9:00 a.m. in the same courtroom.   Defendant needs additional time to prepare for sentencing.  Audrey Hemesath, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.  The new PSR schedule is as follows:

Judgment and Sentencing date:February 17, 2017

Reply or StatementFebruary 10, 2017

**IT IS SO STIPULATED.**

1

| | | | |
|---|---|---|---|
| DATED: January 19, 2017 | | By: | /s/ Thomas A. Johnson<br>THOMAS A. JOHNSON<br>Attorney for Alla Samchuk |
| DATED: January 19, 2017 | | | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | | By: | /s/ Thomas A. Johnson for<br>AUDREY HEMESATH<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated:  January 19, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2