PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
ANDRÉ M. ESPINOSA
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-00066 GEB |
|---|---|
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ALLA SAMCHUK, | |
| Defendant. | |

Based upon the guilty verdict and the Stipulation and Application for Preliminary Order of Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1. Pursuant to 18 U.S.C. § 982(a)(2)(A), defendant Alla Samchuk's interest in the following property is hereby condemned and forfeited to the United States, to be disposed of according to law:

   a. Real property located at 3269 Mount Tamalpais Drive, Roseville, California, APN: 482-060-038-000.

2. The above-listed property constitutes proceeds obtained, directly or indirectly as a result of violations of 18 U.S.C. §§ 1014 and 1344.

3. The United States will not oppose crediting the defendant's restitution obligation by the amount of forfeited net proceeds remitted to victims through the remission or restoration process.

4. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Internal

Revenue Service or a Receiver, in its secure custody and control.

    5.    a.    Pursuant to 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b.    This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    6.    The United States is authorized to conduct appropriate discovery and to conduct any necessary ancillary proceedings as provided by 21 U.S.C. § 853(n) as to the rights of third parties who may have an interest in the property forfeited herein.

    7.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(2)(A), in which all interests will be addressed.

SO ORDERED.

Dated:  February 17, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge