PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
ANDRÉ M. ESPINOSA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>ALLA SAMCHUK,<br><br>       Defendant. | 2:12-CR-00066 GEB<br><br>ORDER TO INCORPORATE PRELIMINARY ORDER OF FORFEITURE INTO JUDGMENT IN A CRIMINAL CASE |

The Preliminary Order of Forfeiture entered February 17, 2017, is hereby made final as to defendant Alla Samchuk and shall be incorporated into the Judgment in a Criminal Case filed March 6, 2017.

SO ORDERED.
Dated:  March 6, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge