# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-cr-0066 KJM |
| Plaintiff, | ORDER |
| v. | |
| ALLA SAMCHUK, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is HEREBY ORDERED that Defendant Samchuk's Exhibit 1 to her Emergency Motion for Reduction in Sentence and Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) in this case shall be filed under seal until further order of the court as it contains confidential medical records. This order resolves ECF No. 251-1.

IT IS SO ORDERED.

DATED: May 27, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1