UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALLA SAMCHUK, <br><br> Defendant. | Case No. 2:12-CR-0066 KJM KJN <br><br> <u>ORDER</u> |

Alla Samchuk, while a federal prisoner, filed a motion to vacate, set aside or correct her conviction and sentence pursuant to 28 U.S.C. § 2255. *See* First Mot., ECF No. 233. In the motion, Samchuk sought to "vacate convictions for aggravated identify theft and money laundering and order new sentencing hearing." *Id.* at 12. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 26, 2020, the magistrate judge filed findings and recommendations, which were served on the parties, and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. *See* F&Rs, ECF No. 249. Samchuk filed objections to the findings and recommendations. *See* Obj., ECF No. 250.

Before the undersigned ruled on the findings and recommendations, Samchuk filed a motion to vacate and/or reduce sentence under 18 U.S.C. § 3582(c)(1)(A)(I). Second Mot., ECF
/////

1

No. 251.  The court granted the motion and modified Samchuk's sentence to time served.  Prior Order (June 22, 2021), ECF No. 261; Am. J., ECF No. 262 (under seal).

Samchuk now requests the court rule on the "pending" objections.  *See* ECF Nos. 263, 264.  Because Samchuk's § 2255 motion ultimately seeks only to reduce the sentence, which is now complete, *see* Am. J. at 3–4, the motion is moot and the objections to the magistrate judge's findings and recommendations are no longer "pending."  *See, e.g.*, *United States v. Haar*, No. 18-00155, 2024 WL 945953, at *2 (E.D. Cal. Mar. 5, 2024) (finding § 2255 motion moot where defendant had completed sentence); *United States v. Esparza-Vera*, No. 13-00403, 2019 WL 2026684, at *1 (E.D. Cal. May 8, 2019) (finding similarly).

IT IS SO ORDERED.

DATED:  October 8, 2024.

[signature]
UNITED STATES DISTRICT JUDGE